**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6196**

───────────

WILLIAM A. HARRIS, JR.,

                              Plaintiff - Appellant,

        versus

PIEDMONT REGIONAL JAIL; JAMES W. GARNETT, JR.,
Chairman; LEWIS W. BARLOW, Superintendent,

                              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-02-1803-AM)

───────────

Submitted:  May 29, 2003            Decided:  June 4, 2003

───────────

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William A. Harris, Jr., Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William A. Harris, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harris v. Piedmont Reg'l Jail, No. CA-02-1803-AM (E.D. Va. filed Jan. 6, 2003 & entered Jan. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED